**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                          (State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Gamida Cell Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   0 4 – 3 5 3 3 3 4 6

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 116 Huntington Ave., 7th Floor | |
   | Number      Street | Number      Street |
   | | P.O. Box |
   | Boston           MA    02116 | |
   | City           State    ZIP Code | City           State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | County | Number      Street |
   | | City           State    ZIP Code |

5. **Debtor's website** (URL)

   https://www.gamida-cell.com/

Debtor    Gamida Cell Inc.
      Name
                                                                       Case number *(if known)*_____

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3  2  5  4

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ A plan is being filed with this petition.

   ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor  Gamida Cell Inc.
_____    Case number (*if known*)_____
Name

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                          MM / DD / YYYY

         District _____ When _____ Case number _____
                                          MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  Gamida Cell Ltd. _____ Relationship  Parent _____

         District  Delaware _____ When  04/22/2024
                                                       MM / DD / YYYY

         Case number, if known  24-10847 _____

---

11. **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number        Street

                           _____

                           _____    _____
                           City                         State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

⬛ **Statistical and administrative information**

---

Debtor   Gamida Cell Inc._____    Case number (if known)_____
         Name

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/13/2024
              MM  / DD / YYYY

✘  /s/ Abigail Jenkins_____        Abigail Jenkins_____
   Signature of authorized representative of debtor        Printed name

Title  Sole Director_____

---

| Debtor | Gamida Cell Inc. | Case number *(if known)* |
|--------|------------------|--------------------------|
|        | Name             |                          |

**18. Signature of attorney**

✘ /s/ Stanley B. Tarr

Signature of attorney for debtor

Date    05/13/2024

MM    / DD  / YYYY

Stanley B. Tarr

Printed name

Blank Rome LLP

Firm name

1201 N. Market Street, Suite 800

Number        Street

Wilmington                                          DE        19801

City                                                      State      ZIP Code

(302) 425-6400                                    stanley.tarr@blankrome.com

Contact phone                                      Email address

5535                                                    DE

Bar number                                          State

**ACTION BY WRITTEN CONSENT
OF THE SOLE DIRECTOR
OF
GAMIDA CELL INC.**

Pursuant to Sections 141(f) and 144 of the General Corporation Law of the State of Delaware, as amended, the undersigned, being the sole member of the Board of Directors (the "***Company Board***") of Gamida Cell Inc., a Delaware corporation (the "***Company***"), hereby consents in writing to the adoption of the following resolutions and to the taking of the corporate action set forth therein without a meeting of the Company Board:

**APPROVAL OF CHAPTER 11 FILING**

**WHEREAS**, the Company Board has reviewed and considered the following:

1. the presentations by the Company's management and the Company's legal and financial advisors regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business;

2. the restructuring support agreement, dated as of March 26, 2024, which the Company Board had previously reviewed and approved (the "***Support Agreement***," and the transactions contemplated thereby, collectively, the "***Restructuring Transactions***");

3. the information and advice previously provided to and reviewed by the Company Board; and

4. the related matters reported on at meetings of the Company Board on and before the date hereof; and

**WHEREAS**, the Company Board has had the opportunity to consult with the Company's management and the Company's legal and financial advisors and to fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, after careful consideration and deliberation, the Company Board has determined, in its business judgment, that it is desirable and in the best interests of the Company and its stakeholders for the Company to implement the Restructuring Transactions by filing a voluntary petition under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") and pursuing confirmation and consummation of a plan of reorganization (the "***Plan***") consistent with the terms of the Support Agreement and filing any other petition or relief or recognition or other order that may be desirable under applicable law in the United States or any other applicable jurisdiction.

**NOW, THEREFORE, BE IT RESOLVED**, that in the business judgment of the Board, it is desirable and in the best interests of the Company and its stakeholders for the Company to implement the Restructuring Transactions by (1) filing, or causing the filing of, a voluntary case under chapter 11 of the Bankruptcy Code (a "***Chapter 11 Case***") in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") and consummating the Plan; and (2) filing, or causing the filing of, any other petition for relief or recognition or other order that may be desirable under applicable law in the United States or any other applicable jurisdiction;

**RESOLVED FURTHER**, that each of the following is hereby authorized and approved in all respects: (1) the Company's filing, or causing to be filed, a Chapter 11 Case in the Bankruptcy Court and performing any and all acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; (2) the Company's pursuing confirmation and consummation of the Plan and completing the

same; and (3) the Company's filing, or causing to be filed, any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and

**RESOLVED FURTHER**, that the Chief Executive Officer, or any other duly appointed officer of the Company as deemed necessary and appropriate (collectively, the "***Authorized Officers***"), with power of delegation, is hereby authorized to execute and file on behalf of each Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of each Company's business.

<u>**RETENTION OF PROFESSIONALS**</u>

**RESOLVED**, that each Authorized Officer be, and hereby is, authorized and directed to employ the law firm of Cooley LLP as general bankruptcy co-counsel to represent and assist the Company carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or other papers; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Cooley LLP;

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized and directed to employ the law firm of Blank Rome LLP as general bankruptcy co-counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or other papers; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Blank Rome LLP;

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized and directed to employ the firm of Kroll Restructuring Administration LLC as notice and claims agent to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or other papers; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kroll Restructuring Administration LLC;

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or other papers; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case.

**GENERAL AUTHORIZING RESOLUTIONS**

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) are hereby individually authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's judgment, shall be necessary, advisable, convenient or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein;

**RESOLVED FURTHER**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing Resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before the adoption of these Resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by the Resolutions of the Board.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF**, the undersigned has executed this Action by Written Consent of the Sole Director, effective as of the date first set forth above. This action is effective, and the Resolutions herein are adopted as of the date first set forth above. The undersigned further directs that these resolutions be filed in the minute book of the Company with the minutes of the meetings of the Company Board. This Action by Written Consent of the Sole Director may be executed in one or more counterparts (including by electronic means such as facsimile and electronic mail (including PDF)), each of which when so executed and delivered shall be deemed an original, and all of which when taken together shall constitute one and the same instrument.

_____
Abigail L. Jenkins

April 14, 2024
_____
Date

**GAMIDA CELL LTD.**

**OFFICER'S CERTIFICATE**

**April 14, 2024**

The undersigned, Josh Patterson, General Counsel & Chief Compliance Officer of Gamida Cell Ltd., a limited liability corporation organized under the laws of the State of Israel (the "**Company**"), does hereby certify, solely on behalf of the Company in his capacity as General Counsel & Chief Compliance Officer, and not in an individual capacity, as follows:

1.  Attached hereto as <u>Exhibit A</u> are (a) true, complete and correct copies of resolutions duly adopted by the Board of Directors at meetings held on April 11, 2024, regarding the causing of its wholly owned subsidiary, Gamida Cell Inc., to file a voluntary petition under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") and to pursue confirmation and consummation of a plan of reorganization (the "***Plan***") consistent with the terms of the Restructuring Support Agreement, dated March 26, 2024, by and among the Company, Gamida Cell Inc., certain funds affiliated with Highbridge Capital Management, LLC and the other parties thereto, and to file any other petition or relief or recognition or other order that may be desirable under applicable law in the United States or any other applicable jurisdiction.

2.  Said resolutions have not in any way been amended, revoked or rescinded since their adoption and remain in full force and effect as of the date hereof. The foregoing actions of the Board of Directors are accurately reflected in the minute books of the Company or will be reflected in the minute books following the adoption of the minutes containing such resolutions.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned, in his capacity as General Counsel & Chief Compliance Officer of Gamida Cell Ltd. and not individually, has executed and delivered this Certificate as of the date first written above.

*Josh Patterson*

_____
Josh Patterson
General Counsel & Chief Compliance Officer

**EXHIBIT A**

# RESOLUTION OF
# OF THE BOARD OF DIRECTORS
# OF
# GAMIDA CELL LTD.

**APPROVAL OF CHAPTER 11 FILING**

**WHEREAS**, after careful consideration and deliberation, the Board of Directors (the "***Board***") of Gamida Cell Ltd. (the "***Company***") has determined that it is desirable and in the best interests of the Company and its stakeholders for the Company to implement the transactions under the previously approved Restructuring Support Agreement, dated March 26, 2024, by and among the Company, Gamida Cell Inc., certain funds affiliated with Highbridge Capital Management, LLC and the other parties thereto (the "***Support Agreement***") by causing its wholly owned subsidiary, Gamida Cell Inc., to file a voluntary petition under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") and to pursue confirmation and consummation of a plan of reorganization (the "***Plan***") consistent with the terms of the Support Agreement and to file any other petition or relief or recognition or other order that may be desirable under applicable law in the United States or any other applicable jurisdiction.

**NOW, THEREFORE, BE IT RESOLVED**, that in the business judgment of the Board, it is desirable and in the best interests of the Company and its stakeholders for the Company to implement the transactions pursuant to the Support Agreement by (1) causing the filing by Gamida Cell Inc. of a voluntary case under chapter 11 of the Bankruptcy Code (a "***Chapter 11 Case***") in the United States Bankruptcy Court for the District of Delaware and consummating the Plan; (2) causing the filing by Gamida Cell Inc. of any other petition for relief or recognition or other order that may be desirable under applicable law in the United States or any other applicable jurisdiction; and (3) causing the filing by Gamida Cell Inc. of any other petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, the employment and retention of assistance by legal counsel, accountants, financial advisors, and other professionals; and (4) causing the performance by Gamida Cell Inc. of any and all further acts and deeds that any officer of Gamida Cell Inc. deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GAMIDA CELL INC. | Case No. 24-    ( ) |
| Debtor. | |

CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Gamida Cell Ltd. | 100% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| GAMIDA CELL INC. | Case No. 24-   (   ) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor (the "Debtor") hereby certifies that the creditor matrix submitted herewith (the "Creditor Matrix") contains the names and addresses of the Debtor's creditors. To the best of the Debtor's knowledge, the Creditor Matrix is complete, correct, and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Creditor Matrix have been completed. Therefore, the listing does not, and should not be deemed to, constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

In re: Gamida Cell Inc., et al.
Consolidated Creditor Matrix

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|------|----------|----------|----------|----------|------|-------|------------|---------|
| 3FX, INC | PO BOX 2108 DOYLESTOWN | | | | DOYLESTOWN | PA | 18901 | |
| ACADEMY OF MANAGED CARE PHARMACY | 675 N. WASHINGTON STREET, SUITE 220 | | | | ALEXANDRIA | VA | 22314 | |
| ACORD | 150 CLOVE ROAD | 11TH FLOOR | | | LITTLE FALLS | NJ | 07424 | |
| ADAMS, JULIAN | ADDRESS ON FILE | | | | | | | |
| ADOBE INC. | 345 PARK AVE | | | | SAN JOSE | CA | 95110 | |
| ADP | ONE ADP BOULEVARD | | | | ROSELAND | NJ | 07068 | |
| ALFSON, BROOKE | ADDRESS ON FILE | | | | | | | |
| ALLIANCE FOR REGENERATIVE MEDICINE | 1900 L STREET NW, SUITE 735 | | | | WASHINGTON | DC | 20036 | |
| ALLSTATE IDENTITY PROTECTION (INFOARMOR INC.) | 7350 N. DOBSON RD. STE 101 | | | | SCOTTSDALE | AZ | 85256 | |
| AMERICAN MEDICAL ASSOCIATION | 330 N. WABASH AVE. SUITE 39300 | | | | CHICAGO | IL | 60611 | |
| AMERICAN SOCIETY OF HEMATOLOGY | 2021 L STREET NW, SUITE 900 | | | | WASHINGTON | DC | 20036 | |
| ANALYSIS GROUP, INC. | 111 HUNTINGTON AVENUE, 14TH FLOOR | | | | BOSTON | MA | 02199 | |
| ART GUILD INC. | 300 WOLF DRIVE, | | | | WEST DEPTFORD | NJ | 08086 | |
| ARTHUR J GALLAGHER | ADDRESS ON FILE | | | | | | | |
| ASTCT | 330 N.WABASH AVENUE, SUITE 2000 | | | | CHICAGO | IL | 60611 | |
| AVSC HOLDING CORPORATION | 5100 N RIVER RD STE 300 | | | | SCHILLER PARK | IL | 60176 | |
| BAKER & HOSTETLER LLP | KEY TOWER- 127 PUBLIC SQUARE, SUITE 2000 | | | | CLEVELAND | OH | 44114-1214 | |
| BANK LEUMI | ATTN: ROY ZOARETS | HAMENOFIM 15 | | | HERTSLIYA | | 4672566 | ISRAEL |
| BANNER HEALTH FOUNDATION | 2901 N. CENTRAL AVENUE, SUITE #160 | | | | PHOENIX | AZ | 85012 | |
| BAYRAKDARIAN, NICK | ADDRESS ON FILE | | | | | | | |
| BDO USA, LLP | ONE INTERNATIONAL PLACE | | | | BOSTON | MA | 02110 | |
| BENJAMINI, NURIT | ADDRESS ON FILE | | | | | | | |
| BIA CONSULTING, LLC DBA ENHANCED RETIREMENT SOLU | ONE BAUSCH & LOMB PLACE, SUITE 900 | | | | ROCHESTER | NY | 14604 | |
| BIONJ | 1255 WHITEHORSE-MERCERVILLE ROAD, SUITE 514, BLDG. B | | | | TRENTON | NJ | 08619 | |
| BIOPOLICY INNOVATIONS DBA POLICY REPORTER | 2250 PERIMETER PARK DR STE 300 | | | | MORISVILLE | NC | 27560 | |
| BIOTECHNOLOGY INNOVATION ORGANIZATION | 1201 MARYLAND AVENUE, SW, SUITE 900 | | | | WASHINGTON | DC | 20024 | |
| BIRD, KALIN | ADDRESS ON FILE | | | | | | | |
| BLOOD & MARROW TRANSPLANT INFORMATION NETWORK | 1548 OLD SKOKIE ROAD, SUITE 1 | | | | HIGHLAND PARK | IL | 60035 | |
| BLOOMBERG GOVERMENT, LLC | 1101 K ST NW #500 | | | | WASHINGTON | DC | 20005 | |
| BLUM, ROBERT | ADDRESS ON FILE | | | | | | | |
| BOILY, CHAD | ADDRESS ON FILE | | | | | | | |
| BOOMI, LP | 1 W ELM STREET,SUITE 200 | | | | CONSHOHOCKEN | PA | 19428 | |
| BRADSBY GROUP | 1700 BROADWAY, SUITE 1500 | | | | DENVER | CO | 80290 | |
| BRAND INSTITUTE, INC | 200 SE 1ST STREET, 12TH FLOOR | | | | MIAMI | FL | 33131 | |
| BURKE, COLLEEN | ADDRESS ON FILE | | | | | | | |
| BUSHELL, PENNY | ADDRESS ON FILE | | | | | | | |
| CALLERY, BRIANNA | ADDRESS ON FILE | | | | | | | |
| CARDINAL HEALTH 105, INC | 7000 CARDINAL PLACE | | | | DUBLIN | OH | 43017 | |
| CARDINAL HEALTH, 105 | 7000 CARDINAL PLACE | | | | DUBLIN | OH | 43017 | |
| CATANZARO, PAUL | ADDRESS ON FILE | | | | | | | |
| CDW DIRECT LLC | 200 N. MILWAUKEE AVENUE | | | | VERNON HILLS | IL | 60061 | |
| CHAD, BOILY | ADDRESS ON FILE | | | | | | | |
| CIARDI, CATHERINE | ADDRESS ON FILE | | | | | | | |
| CIQ | 440 DAVIS COURT, #522 | | | | SAN FRANCISCO | CA | 94111 | |
| CLAL BIOTECHNOLOGY INDUSTRIES | ABA HILL 12 | | | | RAMAT GAN | | 52506 | ISRAEL |
| CLEARVIEW HEALTHCARE PARTNERS, LLC | ONE NEWTON PLACE, SUITE 405 | | | | NEWTON | MA | 02458 | |
| CLINICAL CARE OPTIONS, LLC | 12001 SUNRISE VALLEY DRIVE SUITE 300 | | | | RESTON | VA | 20191 | |

In re: Gamida Cell Inc., et al.
Consolidated Creditor Matrix

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| CNA | 151 N FRANKLIN STREET | FLOOR 9 | | | CHICAGO | IL | 60606 | |
| COEFFICIENT HEALTH | 5 UNION SQ W, STE #1153 | | | | NEW YORK | NY | 10003 | |
| COLUMBIA REIT | ATTN: MEGAN CELATA | 1170 PEACHTREE STREET NE | SUITE 600 | | ATLANTA | GA | 30309 | |
| COLUMBIA REIT-116 HUNTINGTON, LLC | 1170 PEACHTREE STREET NE, SUITE 600 | | | | ATLANTA | GA | 30309 | |
| CONCUR TECHNOLOGIES, INC. | 601 108TH AVENUE NE – SUITE 1000 | | | | BELLEVUE | WA | 98004 | |
| CONQUER CANCER, THE ASCO FOUNDATION | 2318 MILL ROAD, SUITE 800 | | | | ALEXANDRIA | VA | 22314 | |
| COOK, LINDSAY | ADDRESS ON FILE | | | | | | | |
| COPYRIGHT CLEARANCE CENTER | 222 ROSEWOOD DRIVE | | | | DANVERS | MA | 01923 | |
| CORD BLOOD ASSOCIATION | 211 GARFIELD STREET | | | | GENEVA | IL | 60134 | |
| CORVUS | 100 SUMMER ST. | | | | BOSTON | MA | 02110 | |
| COUNSEL TO HIGHBRIDGE | KING & SPALDING LLP | ATTN: MATTHEW WARREN, GEOFFREY M. KING, AMY CHO, MIGUEL CADAVID | 110 N WACKER DRIVE | SUITE 3800 | CHICAGO | IL | 60606 | |
| COUNSEL TO HIGHBRIDGE | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: KARA HAMMOND COYLE | RODNEY SQUARE | 1000 NORTH KING STREET | WILMINGTON | DE | 19801 | |
| CROWN CASTLE FIBER LLC | 8020 KATY FREEWAY | | | | HOUSTON | TX | 77024 | |
| DAFNA PERELMUTTER, ADV | ADDRESS ON FILE | | | | | | | |
| DANFORTH ADVISORS LLC | P.O.BOX 335 | | | | SOUTHBOROUGH | MA | 01772 | |
| DATA EVOLUTION LLC | 166 SOUTH RIVER RD SUITE 230 | | | | BEDFORD | NH | 03110 | |
| DAVA ONCOLOGY LP | 2700 W PLANO PKWY | | | | PLANO | TX | 75075 | |
| DAVIDOV, NAAMA HALEVI | ADDRESS ON FILE | | | | | | | |
| DEAVER, DARCIE | ADDRESS ON FILE | | | | | | | |
| DELAWARE DEPARTMENT OF STATE | ATTN: PRESIDENT OR GENERAL COUNSEL | 401 FEDERAL ST. | SUITE 3 | | DOVER | DE | 19901 | |
| DELAWARE SECRETARY OF STATE | ATTN: JEFFREY W. BULLOCK | DOVER OFFICE | 401 FEDERAL ST., SUITE 3 | | DOVER | DE | 19901 | |
| DELAWARE STATE TREASURY | ATTN: PRESIDENT OR GENERAL COUNSEL | 820 SILVER LAKE BOULEVARD | SUITE 100 | | DOVER | DE | 19904 | |
| DESAI, PRIYANKA | ADDRESS ON FILE | | | | | | | |
| DIGITSEC INC. | 92 LENORA ST 137 | | | | SEATTLE | WA | 98121 | |
| DILIGENT HEALTH SOLUTIONS, LLC | 4200 LAFAYETTE CENTER DRIVE SUITE J | | | | CHANTILLY | VA | 20151 | |
| DIVECCHIA, HEATHER | ADDRESS ON FILE | | | | | | | |
| DIXON, ALICIA | ADDRESS ON FILE | | | | | | | |
| DK PIERCE | ADDRESS ON FILE | | | | | | | |
| DOCUSIGN INC | 221 MAIN STREET, SUITE 1000 | | | | SAN FRANCISCO | CA | 94105 | |
| DR. ANAT COHEN-DAYAG | ADDRESS ON FILE | | | | | | | |
| DR. MICHAEL S. PERRY | | | | | | | | |
| DUKE UNIVERSITY | 324 BLACKWELL ST, SUITE 900 | | | | DURHAM | NC | 27701 | |
| EDELEN, ANDREA | ADDRESS ON FILE | | | | | | | |
| EEOC BOSTON AREA OFFICE | JOHN F. KENNEDY FEDERAL BUILDING | 475 GOVERNMENT CENTER | | | BOSTON | MA | 02203 | |
| ELSEVIER, INC. | 230 PARK AVENUE, SUITE 800 | | | | NEW YORK | NY | 10169 | |
| ENGEMANN, ASHLEY | ADDRESS ON FILE | | | | | | | |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 1 (CT, MA, ME, NH, RI, VT) | 5 POST OFFICE SQUARE | SUITE 100 | | BOSTON | MA | 02109-3912 | |
| ERAPS LLC | 6 LIBERTY SQUARE, SUITE 403 | | | | BOSTON | MA | 02109 | |
| ESLIDE LLC | 244 MADISON AVENUE, #337 | | | | NEW YORK | NY | 10016 | |
| EVIDENCE SCIENTIFIC SOLUTIONS, INC.- USA | AISHIA RUTLEDGE | 75 KINGS HIGHWAY CUT-OFF | | | FAIRFIELD | CT | 06824 | |
| EXCELLIS HEALTH SOLUTIONS, LLC | 4 EAST BRIDGE STREET, SUITE 300 | | | | NEW HOPE | PA | 18938 | |
| EXPERT OPINION, LLC | 45 TUDOR CITY PLACE APT. 1604 | | | | NEW YORK | NY | 10017 | |
| FERRANTE, ROSANNA | ADDRESS ON FILE | | | | | | | |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY | ATTN: PRESIDENT OR GENERAL COUNSEL | 1700 K STREET, NW | | | WASHINGTON | DC | 20006 | |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY | 1700 K STREET, NW | | | | WASHINGTON | DC | 20006 | |
| FINNEY, MARCIE | ADDRESS ON FILE | | | | | | | |
| FIVE9 INC | 3001 BISHOP DRIVE STE # 350 | | | | SAN RAMON | CA | 94583 | |
| FLYWHEEL PARTNERS, LLC | 90 BROAD STREET, SUITE 2400 | | | | NEW YORK | NY | 10004 | |

In re: Gamida Cell Inc., et al.
Consolidated Creditor Matrix

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|------|----------|----------|----------|----------|------|-------|------------|---------|
| FOLEY HOAG LLP | 155 SEAPORT BOULEVARD | | | | BOSTON | MA | 02210 | |
| FOX, DAVID | ADDRESS ON FILE | | | | | | | |
| FRANKLIN PHARMACEUTICAL CONSULTING, LLC | 612 WALCOTT WAY, CARY | | | | CARY | NC | 27519 | |
| FREIND, ESTHER | ADDRESS ON FILE | | | | | | | |
| GARY GOLDSTEIN | ADDRESS ON FILE | | | | | | | |
| GERGIS, USAMA | ADDRESS ON FILE | | | | | | | |
| GLOBAL DATA PUBLICATIONS INC | 441 LEXINGTON AVENUE, 3RD FLOOR | | | | NEW YORK | NY | 10017 | |
| GRAYBILL, JULIE | ADDRESS ON FILE | | | | | | | |
| GREEN, ELI | ADDRESS ON FILE | | | | | | | |
| GTI TECHNOLOGIES INC, DBA FASTSENSOR | 1000 N WEST STREET, STE 1200 | | | | WILMINGTON | DE | 19801 | |
| HAMERMESH, JOSH | ADDRESS ON FILE | | | | | | | |
| HAWKPARTNERS LLC. | 800 BOYLSTON STREET, SUITE 2900 | | | | BOSTON | MA | 02199 | |
| HB COMMUNICATIONS, INC | 60 DODGE AVE. | | | | NORTH HAVEN | CT | 06473 | |
| HEALTH ADVANCES LLC | 275 GROVE STREET, SUITE 1-300 | | | | NEWTON | MA | 02466 | |
| HEIDRICK & STRUGGLES INC. | 233 S. WACKER DRIVE SUITE 4900 | | | | CHICAGO | IL | 60606 | |
| HELIOS HR, LLC | 1900 CAMPUS COMMONS DRIVE SUITE 520 | | | | RESTON | VA | 20191 | |
| HILLA R. NATTIV, INC. DBALAW OFFICES OF HILLA R. | 3 HARBOR DRIVE, SUITE 105 | | | | SAUSALITO | CA | 94965 | |
| HILLSIDE COMMUMICATIONS, INC. | 4547 W. 37TH AVENUE, #7 | | | | DENVER | CO | 80212 | |
| HOWDEN | ONE CREECHURCH PLACE | | | | LONDON | | EC3A 5AF | UNITED KINGDOM |
| INGENIQUEST LLC | 3401 QUEBEC ST, SUITE 6400 | | | | DENVER | CO | 80207 | |
| INTELLISPHERE, LLC | 2 CLARKE DRIVE, SUITE 100 | | | | CRANBURY | NJ | 08512 | |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 1111 PENNSYLVANIA AVE NW | | | WASHINGTON | DC | 20004-2541 | |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| IPD ANALYTICS, LLC | 19950 W. COUNTRY CLUB DRIVE, 7TH FLOOR | | | | AVENTURA | FL | 33180 | |
| IPSOS-LNSIGHT, LLC | 301 MERRITT 7 | | | | NORWALK | CT | 06851 | |
| IQVIA INC. | PO BOX 8500-784290 | | | | PARSIPPANY | NJ | 07054 | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET STREET | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | |
| J2 CONSULTING, LLC | 29 DRUID HILL ROAD | | | | SUMMIT | NJ | 07901 | |
| JAMIESON, STEPHEN | ADDRESS ON FILE | | | | | | | |
| JAUCH, SCOTT | ADDRESS ON FILE | | | | | | | |
| JEFFERIES | 520 MADISON AVE | | | | NEW YORK | NY | 10022 | |
| JEFFREY S. MILLER, MD | ADDRESS ON FILE | | | | | | | |
| JENKINS, ABBEY | ADDRESS ON FILE | | | | | | | |
| JEREMY BLANK FOR COMMUNITY US FUND MANAGEMENT IN | ADDRESS ON FILE | | | | | | | |
| JOHNSON, MONICA | ADDRESS ON FILE | | | | | | | |
| JOHNSON, STACIE | ADDRESS ON FILE | | | | | | | |
| JULIAN ADAMS, PHD | ADDRESS ON FILE | | | | | | | |
| KASTLE NEW YORK LLC | 655 THIRD AVE, SUITE 1520 | | | | NEW YORK | NY | 10017 | |
| KATZE, JOSEPH | ADDRESS ON FILE | | | | | | | |
| KNOWBE4, INC. | 33 N GARDEN AVENUE SUITE 1200 | | | | CLEARWATER | FL | 33755 | |
| KONOPA, ALANAH | ADDRESS ON FILE | | | | | | | |
| KORFIN, MICHELE | ADDRESS ON FILE | | | | | | | |
| LANG, CHRISTIAN | ADDRESS ON FILE | | | | | | | |
| LANKRY, SHAI | ADDRESS ON FILE | | | | | | | |
| LASSITER, MARTHA | ADDRESS ON FILE | | | | | | | |
| LEADERBOARD BRANDING, LLC | 395 BROADWAY | | | | SARATOGA SPRINGS | NY | 12866 | |
| LEUKEMIA RESEARCH FOUNDATION | SUITE 105 191 WAUKEGAN ROAD | | | | NORTHFIELD | IL | 60093 | |
| LLOYD'S | ONE LIME STREET | | | | LONDON | | EC3M 7HA | UNITED KINGDOM |

In re: Gamida Cell Inc., et al.
Consolidated Creditor Matrix

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| LLOYD'S (ONE80) | 160 FEDERAL STREET | 4TH FLOOR | | | BOSTON | MA | 02110 | |
| LODIE, TRACEY | ADDRESS ON FILE | | | | | | | |
| LOSKILL, MELIA | ADDRESS ON FILE | | | | | | | |
| LUKE, LINDSAY | ADDRESS ON FILE | | | | | | | |
| MANGHANI, ROCIO | ADDRESS ON FILE | | | | | | | |
| MANN, LESLIE | ADDRESS ON FILE | | | | | | | |
| MANNING PERSONNEL GROUP | 211 CONGRESS ST, 10TH FLOOR | | | | BOSTON | MA | 02110 | |
| MANOCCHIO, MIKE | ADDRESS ON FILE | | | | | | | |
| MAPLE HEALTH GROUP,LLC | 1740 BROADWAY, 15TH FLOOR | | | | NEW YORK | NY | 10019 | |
| MARKSMEN INC. | 25 W MAIN ST COURT, STE 200 | | | | ALPINE | UT | 84004 | |
| MARSAT, MARINA | ADDRESS ON FILE | | | | | | | |
| MARTIN, SHARON | ADDRESS ON FILE | | | | | | | |
| MARY BORDEAUX CONSULTING | 1350 FRANCISCO STREET | | | | SAN FRANCISCO | CA | 94123 | |
| MARY O'CONNOR & COMPANY | 220 WEST RIVER DRIVE | | | | SAINT CHARLES | IL | 60174 | |
| MASSACHUSETTS DEPARTMENT OF REVENUE | 436 DWIGHT STREET | | | | SPRINGFIELD | MA | 01103 | |
| MASSACHUSETTS EXECUTIVE OFFICE OF LABOR & WORKFORCE DEVELOPMENT | RONALD WALKER, II, SECRETARY | ONE ASHBURTON PLACE, RM 2112 | | | BOSTON | MA | 02108 | |
| MASSACHUSETTS EXECUTIVE OFFICE OF LABOR AND WORKFORCE DEVELOPMENT | DEPARTMENT OF INDUSTRIAL ACCIDENTS | 1 CONGRESS STREET | SUITE 100 | | BOSTON | MA | 02114-2017 | |
| MASSACHUSETTS FAIR LABOR DIVISION, OFFICE OF THE ATTORNEY GENERAL | CYNDI MARK, CHIEF | ONE ASHBURTON PLACE | | | BOSTON | MA | 02108 | |
| MASSACHUSETTS SECRETARY OF STATE | ATTN: WILLIAM FRANCIS GALVIN | MCCORMACK BUILDING | 1 ASHBURTON PL | | BOSTON | MA | 02108 | |
| MAVEN COMMUNICATIONS, LLC | 30 DOGWOOD WAY, BASKING RIDGE | | | | BASKING RIDGE | NJ | 07920 | |
| MAYO CLINIC ARIZONA | 13400 E. SHEA BLVD. | | | | SCOTTSDALE | AZ | 85259 | |
| MCCAFFREY, ERIN | ADDRESS ON FILE | | | | | | | |
| MCCOMAS, GREER | ADDRESS ON FILE | | | | | | | |
| MCGOWAN, PAMELA | ADDRESS ON FILE | | | | | | | |
| MDS FOUNDATION, INC. | 4573 SOUTH BROAD STREET, SUITE 150 | | | | YARDVILLE | NJ | 08620 | |
| MEDPRO SYSTEMS LLC | 116 HUNTINGTON AVENUE | | | | BOSTON MA 02116 | MA | 07856 | |
| MEDSCAPE, LLC | 283 – 299 MARKET STREET | 2 GATEWAY BUILDING | 4TH FLOOR | | NEWARK | NJ | 07102 | |
| METIVIER, MATT | ADDRESS ON FILE | | | | | | | |
| MILLIMAN, INC. | 15800 W. BLUEMOUND RD STE 100 | | | | BROOKFIELD | WI | 53005 | |
| MOCH, KENNETH I | ADDRESS ON FILE | | | | | | | |
| MOORE, LISA | ADDRESS ON FILE | | | | | | | |
| MOTUS LLC | TWO FINANCIAL CENTER | 60 SOUTH STREET | SUITE 1200 | | BOSTON | MA | 02111 | |
| MPG PROMOTIONS, LLC | 246 WALNUT STREET, SUITE D | | | | NEWTON | MA | 02460 | |
| NATIONAL CANCER SURVIVORS DAY FOUNDATION, INC | PO BOX 682285 | | | | FRANKLIN | TN | 37068 | |
| NATIONAL MARROW DONOR PROGRAM | 500 N 5TH STREET | | | | MINNEAPOLIS | MN | 55401 | |
| NETWORK INFRASTRUCTURE TECHNOLOGIES, INC | 1270 AVE OF THE AMERICAS 7TH FL 1055 | | | | NEW YORK | NY | 10020 | |
| NEWLINE (LLOYD'S) | 1 FEN COURT | | | | LONDON | | EC3M 5BN | UNITED KINGDOM |
| NEWMAN, MAEGAN | ADDRESS ON FILE | | | | | | | |
| NIMITT CONSULTING INC. (S-CORP) | 8922 NORTH SHORE DRIVE | | | | SPICER | MN | 56288 | |
| NMDP FOUNDATION | 500 N 5TH STREET | | | | MINNEAPOLIS | MN | 55401 | |
| OBIAHU, MOO | ADDRESS ON FILE | | | | | | | |
| OKPANI-OBIAHU, CHUKWUEMEKA | ADDRESS ON FILE | | | | | | | |
| OKTA INC. | 100 FIRST ST, SUITE 600 | | | | SAN FRANCISCO | CA | 94105 | |
| ONE DIVERSIFIED, LLC | 2975 NORTHWOODS PKWY | | | | NORCROSS | GA | 30071 | |
| OPCO INC | ATTN: JOSHUA COHEN | 666 THIRD AVENUE | | | NEW YORK | NY | 10017 | |
| OPCO LTD | ATTN: JOSHUA COHEN | 666 THIRD AVENUE | | | NEW YORK | NY | 10017 | |
| OSTASZEWSKI, JANEEN | ADDRESS ON FILE | | | | | | | |
| OTTAVIANI, ELIZABETH | ADDRESS ON FILE | | | | | | | |
| OUVERSON, SHEILA | ADDRESS ON FILE | | | | | | | |
| PALADINO, DOM | ADDRESS ON FILE | | | | | | | |
| PARENT'S GUIDE TO CORD BLOOD FOUNDATION | 23110 GEORGIA AVENUE | | | | BROOKEVILLE | MD | 20833 | |

In re: Gamida Cell Inc., et al.
Consolidated Creditor Matrix

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|------|----------|----------|----------|----------|------|-------|------------|---------|
| PATTERSON, JOSH | ADDRESS ON FILE | | | | | | | |
| PENN, MARAH | ADDRESS ON FILE | | | | | | | |
| PENTZ, WILLIAM BIL | ADDRESS ON FILE | | | | | | | |
| PHARMEFEX LLC | 15633 SE 54TH STREET | | | | BELLEVUE | WA | 98006 | |
| POPE, ELIZABETH | ADDRESS ON FILE | | | | | | | |
| PRECISIONADVISORS GROUP, INC. | 2 BETHESDA METRO CENTER SUITE 850 | | | | BETHESDA | MD | 20814 | |
| PRECISIONHEOR, LLC | 11100 SANTA MONICA BLVD. SUITE 500 | | | | LOS ANGELES | CA | 90025 | |
| PRISM COLOR CORPORATION | 31 TWOSOME DR MOORESTOWN | | | | MOORESTOWN | NJ | 08051 | |
| PROACTIVE ENTERPRISE INC (DBA PROACTIVE WORLDWID | 1699 E WOODFIELD ROAD SUITE 406 | | | | SCHAUMBURG | IL | 60173 | |
| PROPHARMA GROUP LLC | 8717 WEST 110 STREET, SUITE 300 | | | | OVERLAND PARK | KS | 66210 | |
| PSARRAS, GEORGE | ADDRESS ON FILE | | | | | | | |
| PUGLIARES, RYAN | ADDRESS ON FILE | | | | | | | |
| RABERN, TAMMY | ADDRESS ON FILE | | | | | | | |
| RANDIS, KELLY | ADDRESS ON FILE | | | | | | | |
| RANDIS, KELLY A | ADDRESS ON FILE | | | | | | | |
| RE/MAX PARTNERS RELOCATION | 44 PARK ST. | | | | ANDOVER | MA | 01810 | |
| RENZ, MICHELE | ADDRESS ON FILE | | | | | | | |
| RICHMOND, ROBERT | ADDRESS ON FILE | | | | | | | |
| RIHN, ELAINE ANGEL | ADDRESS ON FILE | | | | | | | |
| RKH | ONE CREECHURCH PLACE | | | | LONDON | | EC3A 5AF | UNITED KINGDOM |
| SALESFORCE.COM, INC. | 415 MISSION STREET, 3RD FLOOR | | | | SAN FRANCISCO | CA | 94105 | |
| SANSAR, SANIL | ADDRESS ON FILE | | | | | | | |
| SARTO LEADERSHIP GROUP, LLC | 400 PARKER RD | | | | BLOOMSBURY | NJ | 08804 | |
| SCHNEBELEN, PAUL JOSEPH | ADDRESS ON FILE | | | | | | | |
| SCHWIER, JASON | ADDRESS ON FILE | | | | | | | |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | ATTN: SECRETARY OF THE TREASURY | 100 F. STREET NE | | | WASHINGTON | DC | 20549 | |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F STREET, NE | | WASHINGTON | DC | 20549 | |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | ATTN: BANKRUPTCY DEPT | ONE PENN CENTER | 1617 JFK BLVD, STE 520 | | PHILADELPHIA | PA | 19103 | |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | ATTN: BANKRUPTCY DEPT | BROOKFIELD PLACE | 200 VESEY STREET, STE 400 | | NEW YORK | NY | 10281-1022 | |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BROOKFIELD PLACE | 200 VESEY STREET, SUITE 400 | NEW YORK | NY | 10281-1022 | |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | ONE PENN CENTER | 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | |
| SHAWN TOMASELLO CONSULTING, LLC | 56 BLUE MOUNTAIN ROAD, UNIT B402 | | | | SANTA ROSA BEACH | FL | 32459 | |
| SHIN, HEAYOUNG | ADDRESS ON FILE | | | | | | | |
| SICKLE CELL FOUNDATION OF TENNESSEE | 680 OAKLEAF OFFICE SUITE 101 | | | | MEMPHIS | TN | 38117 | |
| SILVER, ALICIA | ADDRESS ON FILE | | | | | | | |
| SIMANTOV, RONIT | ADDRESS ON FILE | | | | | | | |
| SIVARAMAN, SMITHA | ADDRESS ON FILE | | | | | | | |
| SKY WHITWORTH, ELIZABETH | ADDRESS ON FILE | | | | | | | |
| SLIPSTREAM IT, LLC | 751 ARBOR WAY, SUITE 100 | | | | BLUE BELL | PA | 19422 | |
| SOCIETY FOR IMMUNOTHERAPY OF CANCER | 555 E. WELLS STREET; STE. 1100 | | | | MILWAUKEE | WI | 53202 | |
| SOCIETY FOR NATURAL IMMUNITY | 555 E WELLS STREET, SUITE 1100 | | | | MILWAUKEE | WI | 53202 | |
| SPAYD, SUZI | ADDRESS ON FILE | | | | | | | |
| STAMLER, LINDA | ADDRESS ON FILE | | | | | | | |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | | WILMINGTON | DE | 19801 | |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | | WILMINGTON | DE | 19801 | |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ONE ASHBURTON PLACE | | | BOSTON | MA | 02108-1698 | |

In re: Gamida Cell Inc., et al.
Consolidated Creditor Matrix

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| STATE OF MASSACHUSETTS CONSUMER PROTECTION DIVISION | MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | PUBLIC INQUIRY AND ASSISTANCE CENTER | ONE ASHBURTON PL. | 18TH FLOOR | BOSTON | MA | 02108-1518 | |
| STATE OF MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION (DEP) | 1 WINTER STREET | | | | BOSTON | MA | 02108 | |
| STATE OF MASSACHUSETTS UNCLAIMED PROPERTY DIVISION | DEPARTMENT OF THE STATE TREASURER | ONE ASHBURTON PLACE | 12TH FLOOR | | BOSTON | MA | 02108 | |
| STEVENS, JULIA | ADDRESS ON FILE | | | | | | | |
| STINSON, KELLY | ADDRESS ON FILE | | | | | | | |
| STULL, DAWN MARIE | ADDRESS ON FILE | | | | | | | |
| SVB - INC | 3003 TASMAN DRIVE | SIGAL | | | SANTA CLARA | CA | 95054 | |
| SYNEOS HEALTH, LLC | 1030 SYNC STREET | | | | MORRISVILLE | NC | 27560 | |
| TEAM 9 LLC | 1444 N ORLEANS STREET | | | | CHICAGO | IL | 60610 | |
| THE ACTIVUS GROUP, LLC | 217 BLOOMINGDALE AVE | | | | CRANFORD | NJ | 07016 | |
| THE HARTFORD | ONE PENN PLAZA | 50TH FLOOR | | | NEW YORK | NY | 10119 | |
| THE HARTFORD | P O BOX 783690 | | | | PHILADELPHIA | PA | 19178-3690 | |
| THE LEUKEMIA & LYMPHOMA SOCIETY | 3 INTERNATIONAL DRIVE, SUITE 200, | | | | RYE BROOK | NY | 10573-7501 | |
| THE LUCSTRONG FOUNDATION | 5717 TASCOSA COURT, UNIT 102, | | | | OAK PARK | CA | 91377 | |
| THE MEDICAL COLLEGE OF WISCONSIN,INC | 8701 WATERTOWN PLANK ROAD | | | | MILWAUKEE | WI | 53226 | |
| THE PHOENIX INSURANCE COMPANY LTD. | 20 OLD BAILEY | | | | MOORGATE | | EC4M 7AN | UNITED KINGDOM |
| THE WARD SEARCH GROUP, LLC | 783 HALE STREET | | | | BEVENY | MA | 01915 | |
| THRIVEPASS INC. | 3801 FRANKLIN STREET | | | | DENVER | CO | 80205 | |
| TMAC DIRECT LLC | 125 TOWNPARK DR SUITE 200 | | | | KENNESAW | GA | 30144 | |
| TRIBRIDGE HOLDINGS LL | 20408 BASHAN DRIVE, SUITE 231 | | | | ASHBURN | VA | 20147 | |
| TRINITY PARTNERS LLC | 230 THIRD AVENUE | | | | WALTHAM | MA | 02451 | |
| TWO LABS HOLDINGS, LLC | 110 RIVERBEND AVE.SUITE 100 | | | | POWELL | OH | 43065 | |
| U.S. BANK | CM-9690 | | | | ST PAUL | MN | 55170-9690 | |
| U.S. FOOD AND DRUG ADMINISTRATION | 10903 NEW HAMPSHIRE AVENUE | | | | SILVER SPRING | MD | 20993-0002 | |
| UHL, AMY | ADDRESS ON FILE | | | | | | | |
| UHRIN, JOHN | ADDRESS ON FILE | | | | | | | |
| UNCONVENTIONAL EVENTS, LLC | 6697 BUNCHBERRY DR | | | | PORTAGE | MI | 49024 | |
| UNITED CORPORATE SERVICES, INC. | 10 BANK STREET, SUITE 560, | | | | WHITE PLAINS | NY | 10560 | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION | ATTN:  BANKRUPTCY DEPT | 10903 NEW HAMPSHIRE AVENUE | | | SILVER SPRING | MD | 20993 | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION | ATTN: PRESIDENT OR GENERAL COUNSEL | PO BOX 979107 | | | ST. LOUIS | MS | 63197-9000 | |
| UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: JONATHAN LIPSHIE, MALCOLM BATES | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | | WILMINGTON | DE | 19801 | |
| UNIVERSITY OF NEBRASKA MEDICAL CENTER | 985045 NEBRASKA MEDICAL CENTER | | | | OMAHA | NE | 68198-5045 | |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | ATTN: DAVID C. WEISS & ELLEN SLIGHTS | 1007 ORANGE ST, STE 700 | P.O. BOX 2046 | | WILMINGTON | DE | 19899-2046 | |
| VASIEVICH, ELIZABETH | ADDRESS ON FILE | | | | | | | |
| VEEVA SYSTEMS, INC. | 4280 HACIENDA DRIVE | | | | PLEASANTON | CA | 94588 | |
| VEREO COMMUNICATION, LLC | 1255 MAKERS WAY NW, SUITE B | | | | ATLANTA | GA | 30318 | |
| VIRTUIT SYSTEMS, INC | 101 AIRPORT EXECUTIVE PARK | | | | NANUET | NY | 10954 | |
| WILLS, STEPHEN T | ADDRESS ON FILE | | | | | | | |
| WOODRUFF | 50 CALIFORNIA STREET | FLOOR 12 | | | SAN FRANCISCO | CA | 94111 | |
| WSFS WEALTH | PO BOX 71279 | | | | PHILADELPHIA | PA | 19176-6279 | |
| XTREMELYNE LLC | 15 SUNSET ROAD | | | | SCITUATE | MA | 02066 | |
| ZIPHER MEDICAL AFFAIRS CO., LLC | 380 WAREHAM ST, MARION, | | | | MARION | MA | 02738 | |
| ZS ASSOCIATES, INC. | ONE ROTARY CENTER, 1560 SHERMAN AVENUE | | | | EVANSTON | IL | 60201 | |

**Fill in this information to identify the case:**

Debtor name ___Gamida Cell Inc.___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Highbridge Tactical Credit Master Fund, L.P. Highbridge Tactical Credit Institutional Fund, Ltd. Highbridge Convertible Dislocation, L.P. | King & Spalding LLP 110 N Wacker Drive Suite 3800 Chicago, IL 60606 Attn: Matthew Warren (mwarren@kslaw.com) | Convertible Senior Notes | | | | $75,000,000 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    Gamida Cell Inc. _____    Case number *(if known)*_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name __Gamida Cell Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration__Creditor Matrix_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/13/2024__          ✖ __/s/ Abigail Jenkins_____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

__Abigail Jenkins_____
Printed name

__Sole Director_____
Position or relationship to debtor