**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GAMIDA CELL INC.,[1] | Case No. 24-11003 (JKS) |
| Debtor. | **Re.: Docket Nos. 4, 60** |

**NOTICE OF FILING OF BLACKLINE OF AMENDED PREPACKAGED
CHAPTER 11 PLAN OF REORGANIZATION OF GAMIDA CELL INC.**

**PLEASE TAKE NOTICE** that, on May 13, 2024, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") filed the *Prepackaged Chapter 11 Plan of Reorganization of Gamida Cell Inc.* [Docket No. 4] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on May 20, 2024, the Debtor filed the *Amended Prepackaged Chapter 11 Plan of Reorganization of Gamida Cell Inc.* [Docket No. 60] (the "Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Bankruptcy Court and other interested parties, attached hereto as **Exhibit A** is a blackline of the Amended Plan marked against the Plan.

Dated: May 20, 2024
Wilmington Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
John Lucian (*pro hac vice*)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400

---

[1] The Debtor is a company incorporated in Delaware and the last 4 digits of its federal tax identification number are 3346.

Facsimile:      (302) 425-6464
Stanley.Tarr@BlankRome.com
John.Lucian@BlankRome.com
Lorenzo.Thomas@BlankRome.com

-and-

Evan J. Zucker (*pro hac vice*)
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:      (212) 885-5000
Facsimile:      (917) 591-2726
Evan.Zucker@BlankRome.com

-and-

Michael Klein (*pro hac vice*)
Evan Lazerowitz (*pro hac vice*)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001-2157
Telephone:      (212) 479-6000
Facsimile:      (212) 479-6275
mklein@cooley.com
elazerowitz@cooley.com

-and-

Olya Antle (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:      (202) 842-7800
Facsimile:      (202) 842-7899
oantle@cooley.com

*Proposed Counsel to the Debtor and Debtor in Possession*